# UNITED STATES of America, Plaintiff—Appellee,

## v.

## Paul A. LEE, Defendant—Appellant.

### No. 09–8227.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 19, 2010.

Decided Feb. 9, 2010.

Paul A. Lee, Appellant Pro Se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul A. Lee appeals the district court's orders denying his motions to revisit and to refile. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lee*, No. 5:89–cr–00273–FPS–1, 2009 WL 4824780 (N.D.W.Va. Dec. 9, 2009). Appellant's "Motion for Abeyance and Motion to Dismiss" is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*